UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARRY L. WAYNE,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No.  CV-12-41-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR SENTENCE SIX<br>REMAND |

BEFORE THE COURT is the parties' stipulated motion to remand this case pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings, **ECF No. 22**. The parties have consented to proceed before a magistrate judge, ECF No. 7.

After considering the stipulated motion, ECF No. 22, **IT IS ORDERED** that the **motion is GRANTED.** The court finds good cause exists for a sentence six remand because there is evidence the Appeals Council received a vocational assessment before they declined review but no evidence that it was considered.

**IT IS FURTHER ORDERED**

The case is **REMANDED pursuant to sentence six** of 42 U.S.C. § 405(g) for further administrative proceedings, including:

The Appeals Council will vacate the denial of the request for review, reinstate the request for review, and consider the vocational assessment of Robert Cornell, M.S., C.V.E., dated April 29 - May 12, 2010.

This Court shall retain jurisdiction. The Commissioner shall

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1  provide status updates to plaintiff and to the Court every 60 days
2  while this matter is pending at the Appeals Council.
3      DATED this 15th day of October, 2012.
4
5                                                 *s/James P. Hutton*
                                                JAMES P. HUTTON
6                                    UNITED STATES MAGISTRATE JUDGE
7
8
...
28
ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2