UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

GARRY L. WAYNE,

             Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

             Defendant.

No.  CV-12-0041-JPH

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard

and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Judgment is entered for Plaintiff.

DATED:  August 12, 2014

SEAN F. McAVOY
Clerk of Court

By: *s/Melissa Orosco*
     Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**